FILED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT for WASHINGTON
DISTRICT OF COLUMBIA

Jose Fonseca
4613 N. Lincoln ST.
Tampa, Fl. 33614

Katiuska Pena
4613 N. Lincoln ST
Tampa, Fl. 33614

Plaintiffs (Relators)

Case:
DEMANDED RULE 38 FRCP
Demand for trial by jury

v.

Richard A. Lazzara
    U. S. District Courthouse
    801 North Florida Avenue #2
    Tampa, Florida  33602

Jay L. Hoffa, Att. Inc.
    400 North Tampa Street Suite 3200
    Tampa, Florida  33602

Jose E. Ubinas
    U.S. Secret Service, Inc.
    501 East Polk Street
    Tampa, Florida  331602

John Doe 1-5
Jane Doe 1-5
IN THEIR PRIVATE CAPACITY; IN THEIR CORPORATE CAPACITY AND ALL MARITAL ASSETS
    DEFENDANTS, (RESPONDENTS)

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

JURY ACTION

COMPLAINT

Affidavit

I, Kim Clayton Perry and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays nay, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your Briscoe v. Lahue 46 U.S. 325.

**Identifying Parties**

**Defendants (Respondents)**

<u>Richard A. Lazzara</u>
   U. S. District Courthouse
   801 North Florida Avenue #2
   Tampa, Florida 33602

Jay L. Hoffa, Att. Inc.
   400 North Tampa Street Suite 3200
   Tampa, Florida 33602

Jose E. Ubinas
   U.S. Secret Service, Inc.
   501 East Polk Street
   Tampa, Florida 331602

**Plaintiff (Relators)**

Jose Fonseca
4613 N. Lincoln Ave.
Tampa, Fl 33614

Katiuska Pena
4613 N. Linoln Ave.
Tampa, Fl. 33614

## Jurisdiction

To this honorable court sitting in Article III. Sec. 2:1 capacity under Federal Rules of Civil Procedures, Rule 9 (b) (c) (d) (e)(f) (g) and Rule 60 (b) for the discovery of the law and facts and upon the discovery of a scheme to defraud the Relaters

Under Federal rules of Civil Procedures Rule 9 (b) that fraud vitiated against contract or action ab initio. The jurisdiction of this court is invoked under Title 28 United States Code Section 1331 and 1332, this being an action arising under the Constitution of the United States and of the State of Florida Bill of Rights, Laws of the United States and Foreign Treaties of the United States. Deprivation under Color of State Laws, Statutes, ordinance, regulation, custom, and usage of a right, privilege, and immunity secured to Relators by the 1st. 4th, 5th, 6th, 7th, 8th and Articles of the Bill of Rights.

Relators pleadings set the jurisdiction of this cause in the jurisdiction of the American flag. Title 4 U.S.C. Sec. 1, of the united States of America. When Relators captured Hernando County State of Florida, now is within the jurisdiction of a Federal Court, as all courts are United States Federal Courts because of the United States Federal Oath or affirmation and the Title 4 U.S.C. Sec. 1 American flag. Under the law of the Flag the United States Federal Flat Title 4 U.S.C. Sec. 1 and the Oath of Office makes all Courts Federal Courts.

## BRIEF ON FACTS OF COMPLAINT

The defense of entrapment has been asserted in the context of a wide variety of Criminal activity. In this case it is the Judge who allowed his office and court-room to Be used for entrapment. First by using his court of prestigious position, second by himself questioning and threatening the accused of family separation for 30 years. There is nowhere in the code, statute or case law allowing the Judge of the case to act as a Prosecutor. This is fraud on the court when an officer of the court allows himself to be used or himself uses the position to commit threat, duress, and/or coercion. This in itself places the defendant in a position greater than incarceration and overbearing by having two or more individuals (Marshals) hovering over you, with a prosecutor and a Judge sitting above you screaming demanding phrases at you with possibility of losing your family and confinement for 30 years.

There are basicly three different situations for entrapment; 1) private entrapment defense in which the individual on his own will without any official involvement, 2) vicarious entrapment where a private individual with a law enforcement officer or agent and 3) derivative entrapment where an undercover agent uses an unsuspecting middleman to pass on an inducement to a distant target.

In this case where the accused having been arrested, confined, bonded, then sometime Later the case dismissed and the record expunged. Several years later the case is brought up again with a new false arrest, incarceration, bonded then brought into court for interrogation by the Judge. Without proper warrant initially all is "Fruit of the Poisonous Tree". This means that if any initial wrong or impropriety is committed by the officer or government agency, anything the prosecutor uses is tainted and cannot be used against

4

the accused. Not infrequently challenged evidence expunged is secondary to/or derivative; for example, a confession is obtained after an illegal arrest, physical evidence is located after an illegally obtained confession. This violates all the precepts as set forward in the actions and procedures of the U. S. Criminal Code, especially the Sixth Amendment; the accused shall enjoy the right to a speedy trial.

The Court in allowing itself to be used in an interrogation procedure violated all the precepts as mandated by Rules and Cannons. Self regulation of the profession mandates that the profession regulate itself; however, the charade was perpetrated by the lawyers in this case. A lawyer that knows or participates in a wrong committed <u>must</u> report this to the proper authority. Not reporting such action reflects adversely on the honesty, trustworthiness and/or fitness of <u>all</u> lawyers involved. This involves prejudicial administration of justice; thereby, the conduct involves dishonesty, fraud, deceit, coercion, or misrepresentation. With any of the above all actions are <u>void ab initio.</u> To have had the incourt interrogation the Judge must have had an ex parte meeting with the prosecutor, in person or by other communication. This is in direct violation of the rules and canons of Judicial conduct.

<u>Prayer</u>

1. That the Constitution be adhered to if case proceeds.
2. That present Judge be held accountable before a professional review board.
3. That monetary damages be assessed and awarded by the U. S. Court of Federal Claims.
4. That the government cease and desist from harassment.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: Oct. 4, 2007.

*Jose Fonseca*
Jose Fonseca

6

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1797 EGS

## I (a) PLAINTIFFS
Jose Fonseca
Ketiuska Pena

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___88888___
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Richard A Lazzaro
et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ~~~~~
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jose Fonseca and Ketiuska Pena
4613 N Lincoln St.
Tampa Fl. 33602

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(5)

| ☐ G. *Habeas Corpus/* *2255* ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ J. *Student Loan* ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)* ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☒ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ N. *Three-Judge Court* ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FRCP 9(b)  42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** _____ Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.F. (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 10/4/07  SIGNATURE OF ATTORNEY OF RECORD  *Jose Fonseca*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

RECEIVED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT