## UNITED STATES DISTRICT COURT for WASHINGTON
## DISTRICT OF COLUMBIA

Jose Fonseca
4613 North Lincoln Street
Tampa, Florida 33614

Katiuska Pena
4613 North Lincoln Street
Tampa, Florida 33614

       Plaintiffs (Relators)

     v.

Richard A. Lazzara
  U. S. District Courthouse
  801 North Florida Avenue #2
  Tampa, Florida 33602

Jay L. Hoffa, Att. Inc.
  400 North Tampa Street Suite 3200
  501 East Polk Street
  Tampa, Florida 33602

Jose E. Ubinas
  U.S. Secret Service, Inc.
  501 East Polk Street
  Tampa, Florida 33602

John Doe 1-5
Jane Doe 1-5

**Case:**
DEMANDED RULE 38 FRCP
Demand for trial by jury

Case: 1:07-cv-01797
Assigned To: Sullivan, Emmet G.
Assign. Date 10/04/2007
Description: Civil Rights-Non-Employ

# RECEIVED

OCT 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THEIR PRIVATE CAPACITY; IN THEIR CORPORATE CAPACITY AND ALL
MARITAL ASSETS

    DEFENDANTS, (RESPONDENTS)

---

### AMMENDED COMPLAINT

---

### Affidavit

I, Jose Fonseca and Katiuska Pena, are competent to testify and make this affidavit as a

follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost

and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to

Matthew 5:33-37 and James 5:12 [C.L.R. v. Ferguson USCA 90-1430], let our yeas be

yea and our nays nay, as supported by your Federal law 97-280, 96 Stat. 1211. We have

personal knowledge of the matters stated herein and hereby asseverate understanding the

liabilities presented in your Briscoe v. Lahue 46 U.S. 325.

### Identifying Parties

Defendants (Respondents)

Richard A. Lazzara
  U. S. District Courthouse
  801 North Florida Avenue #2
  Tampa, Florida 33602

Jay L. Hoffa, Att. Inc.
  400 North Tampa Street Suite 3200
  Tampa, Florida 33602

Jose E. Ubinas
  U.S. Secret Service, Inc.
  501 East Polk Street
  Tampa, Florida, 33602


Plaintiff (Relators)

Jose Fonseca
  4613 North Lincoln Street
  Tampa, Florida 33614

Katiuska Pena
  4613 North Lincoln Street
  Tampa, Florida 33614

## Jurisdiction

To this honorable court sitting in Article III. Sec. 2:1 capacity under Federal Rules of Civil Procedures, rule 9 (b) (c) (d) (e) (f) (g) and rule 60 (b) for the discovery of the law and facts and upon the discovery of a scheme to defraud the Relators.

Under Federal Rules of civil Procedures Rule 9 (b) that fraud vitiated against contract or action ab initio. The jurisdiction of this court is invoked under Title 28 United States Code Section 1331 and 1332, this being an action arising under the Constitution of the United States and of the State of Florida Bill of Rights, Laws of the United States and Foreign Treaties of the United States. Deprivation under color of State Laws, Statutes, ordinance, regulation, custom, and usage of a right, privilege, and immunity secured to Relators by the 1st, 4th, 5th, 6th, 7th 8th Amendments and Articles of the Bill of Rights.

Relators pleadings set the jurisdiction of this cause in the jurisdiction of the American flag, Title 4 U.S.C. Sec 1, of the united States of America. When Relators captured Hernando County State of Florida, it is now within the jurisdiction of a Federal Court, as all courts are United States Federal Courts because of the United States Federal Oath or affirmation and the Title 4 U.S.C. Sec 1 American flag. Under the law of the Flag, the United States Federal Flag, Title 4 U.S.C. Sec. 1 and the Oath of Office makes all Courts Federal Courts.

## BRIEF ON FACTS OF COMPLAINT

The defense of entrapment has been asserted in the context of a wide variety of Criminal activity. In case it is the Judge who allowed his office and court-room to be used for entrapment. First by using his court of prestigious position, second by himself

questioning and threatening the accused of family separation for 30 years. There is nowhere in the code, statute or case law allowing the Judge of the case to act as a Prosecutor. This is fraud on the court when an officer of the court allows himself to be used or he uses the position to commit threat, duress, and/or coercion. This in itself places the defendant in a position greater than incarceration and overbearing by having two or more individuals (Marshals) hovering over you, with a prosecutor and a Judge sitting above you screaming demanding phrases at you with possibility of losing your family and freedom for 30 years.

There are basically three different situations for entrapment; 1) private entrapment defense in which the individual on his own will without any official involvement, 2) vicarious entrapment where a private individual cooperates with a law enforcement officer or agent and 3) derivative entrapment where an undercover agent uses an unsuspecting middleman to pass on an inducement to a distant target.

In this case where the accused having been arrested, confined, bonded, then sometime later the case dismissed and the record expunged. Several years later the case is brought up again with a new false arrest, incarceration, bonded then brought into court for interrogation by the Judge. Without proper warrant initially all is "Fruit of the Poisonous Tree". This means that if any initial wrong or impropriety is committed by the officer or government agency, anything the prosecutor uses is tainted and cannot be used against the accused. Not infrequently challenged evidence expunged is secondary to/or derivative; for example, a confession is obtained after an illegal arrest, physical evidence is located after an illegally obtained confession. This violates all the precepts as set

4

forward in the actions and procedures of the U.S. Criminal Code, especially the sixth Amendment; the accused shall enjoy the right to a speedy trial.

The Court in allowing itself to be used in an interrogation procedure violated all the precepts as mandated by Rules and Cannons. Self-regulation of the profession mandates that the profession regulate itself; however, the charade was perpetrated by the lawyers in this case. A lawyer that knows or participates in a wrong committed must report this to the proper authority. Not reporting such action reflects adversely on the honesty, trustworthiness and/or fitness of all lawyers involved. This involves prejudicial administration of justice; thereby, the conduct involves dishonesty, fraud, deceit, coercion, or misrepresentation. With any of the above all actions are void ab initio. To have had the in court interrogation the Judge must have had an ex parte meeting with the prosecutor, in person or by other communication. This is in direct violation of the rules and canons of Judicial conduct.

I, Jose Fonseca, by special appearance, present notice to the Court and Plaintiff's as in propria persona and a sojourner on this planet, following the Laws of God and man when those laws do not come in conflict with God's law. Jose Fonseca makes this special appearance in this matter since the Plaintiff's have not stated a claim for which relief can be granted. There are insufficient pleadings to establish a controversy, or jurisdiction on the stylus of the document.

Jose Fonseca challenges the following jurisdictions; subject matter jurisdiction, in-personom jurisdiction, territorial jurisdiction, and that of the type of court this is. These jurisdictions will be addressed in a short Brief herein.

5

Jose Fonseca, having In Intinere standing, being in "original jurisdiction, abiding here for a definite temporary purpose, for health, curiosity, or occasional business. <u>Dred Scott v Sanford,</u> 60 U.S. (19 How) 393, 593 (1857). Jose Fonseca is not a resident nor subject of a State, U. S. Citizen or any man made entity. I am a neutral, a sojourner, a traveler, I am on the Land, a sovereign free man. My laws are God's Laws. "Thou shall make no covenants with them, (government) nor with their gods. They shall not dwell in thy land, lest they make thee sin against me; for if you serve their gods, it will surely be snare unto thee." Exodus 23: 32-33.

"A legislature must not obstruct our obedience to Him from whose punishment they cannot protect us."

"Each individual may interpret the Bible in their own mind" <u>C.I.R. v Ferguson</u> USCA 90-1430.

# THANK YOU, YOUR HONOR

Thank You, Your Honor.  I respect the difficult task being faced by the civil authorities on a daily basis.

Offering a fair and just forum for the lawful resolution of conflicts is necessary to keeping the peace in a free society which encompasses so many divergent opinions.

Your honor, as part of judiciary, you are society and freedom's last referee.  We are facing a difficult time when dangerous criminals in the street co-exist with the increasing discoveries of criminals in high places.

It is only your unswerving loyalty to fair play and justice that insures a <u>republican</u> form of government for <u>all</u> the people, and thus keeps peaceful civilization separated from lawless chaos.

I appreciate how difficult your job is, and I thank you for doing it.

---Preliminary---

Title 18 U.S.C. Section 241:

"If two or more persons conspire to injure, oppress, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States. - - -"

The 14th Amendment is a part of the constitution for the United States. Analytically, the second sentence of Section 1 of the 14th Amendment is grammatically separable into three distinctively different meanings. viz.

(1) No state shall make (meaning, legislate) or enforce any law (statute) which shall abridge the privileges or immunities of citizens of the United States.

(2) Nor shall any state deprive (take away, either by legislation or by or in any other way) any person (which includes any and all foreigners who might not be citizens of the United States) of life, liberty or property without due process of law.

(3) Nor [shall any state] deny (meaning, dis-allow) to any person (which includes all foreigners who might not be citizens of the United States) within its jurisdiction (meaning within the jurisdiction of the state) the equal protections of the laws (meaning the equal protection of the laws of that State).

In a constructive sense the third statement (above) implicitly adopts and includes all of the statutory laws as well as common-law as may apply and which are advanced by any State of the several States which comprise the United States of America in a more controlling and compelling manner than would be the instance that the Congress itself had adopted such State laws expressly and directly by statute.

8

Upon the premise advanced from the grammatical content and meaning of the third phrase of the second sentence of section one of the 14th amendment it is clear that such phrase necessarily is inclusive of all of the laws of the State which are of advanced by that State for the protections of the rights and privileges, etc. without limitation as are afforded to the regular and bona fide Citizens of that State.

Because the very terms of the 14th Amendment are inclusive of the relevant State laws under the due process and equal protection clauses of the 14th Amendment, this complaint [Petition] includes references to the currently applicable laws (statutes as codified) in that State.

It is a most fundamental premise that no state may permit or allow any of its officers or agents to violate the law of that state; If it were that such be allowed the result can only be that of an officially permitted tyranny, a form of lawlessness and oppression which is not even worthy of the use of the word "law". With that premise in mind the Congress enacted the various civil rights acts among which the now codified Title 18 U.S.C. Section 241 above quoted in part.

Because no state can allow official lawlessness it becomes a necessary corollary that if or when a state officer or agent did, in fact, violate law, he (or she) necessarily did so in their private and non-official capacity; the state cannot authorize it, therefore any and all violations of law committed by state officers or agents are acts performed in an extra-legal and Private capacity only.

9

Jurisdiction I

The Movant, **Jose Fonseca** natural born freeman in the above captioned and enumerated cause, appearing specially, not generally, brings forth the instant petition for discovery and disclosure of the Character of the General Sessions Courts of States, Counties, and Municipalities defendants". The matter being question of Law, arising under the federal constitution, state constitutions and congressional acts, movant is entitled to raise such question where the Nature and Cause........ provision under the sixth amendment, provides that an accused be informed. To be properly informed, an accused-party must be able to have knowledge of the character of the court, in order that **Jose Fonseca** may perfect pleadings and defense which are entertainable before the proper court. If, standing before an Article I, Administrative court, a pleading-party would need to avail oneself of administrative Law. If, before as Article III Constitutional court, the pleading party would set one self's pleading to the tone and venue of such court, and if accused under Admiralty Maritime-Equity Law, the pleading party would form ones actions and defenses under admiralty-equity Law. If, before a State Constitutional court, supreme court, county

court, statue court, city court, special court, general session court, etc. the

pleading party would set one self's pleading to the tone and venue of such

court. Thus, having knowledge of the character of the court is crucial to the

process.

In the Nature of Corpus Juris Secundum, Chapter XII, Section 11 –

Courts: It provides that, "the Jurisdiction of the court must be affirmatively

shown on the face of the record" and as Section 12, it states further that, "in

an  action in a court, it is presumed that the court is without

jurisdiction...until the contrary, affirmatively appears on the record."

Where the cause under enumeration, supra, is concerned, the

record of the court is silent as to the character of the court, the article of the

constitution under which the court is created, or the congressional act under

which the court is empowered and authorized to function. A "hoodwinked"

party cannot be deemed to be duly informed, or can one be said to have

knowingly and intelligently pleaded one's cause if one knew not the Nature

of the Law, and court in which he appeared. It therefore becomes the duty of

this court or a court of competent jurisdiction to reveal the proper, lawful

and legal character of a general sessions court of County, or other Courts of

Florida .

The Sixty first Congress, during the Congress's third session, created the "Act," of March 3, 1911 A>D>, and at Section 9 of said act, congress stated, "....that United States district courts are Legislative territorial courts, empowered under Article 1., of the federal Constitution, and authorized to operate under Article IV, under Admiralty-Equity jurisdiction, thus authorized to make needful rules and regulations for the territories, enclaves, and insular possession which belong to the federal "united States." SEE" Hornbuckle vs.. Toombs, 85 U.S.648 (1873): Palmore vs.. United States 411 U.S. 389 (1973); Graves vs.. Snead, 541 F.2d 159, 161 (1976). Cert.429 U.S. 1093 (1976).

When Congress intends to include legislative territorial courts in the phrase, "court of the United States," it does so expressly. In the Act providing for intervention by the "United States." in constitutional cases, and for regulations of the issuance of injunctions restraining enforcement of Acts of Congress, it stated that, "the term 'court of the United States' means the courts of record of Alaska, Hawaii, Puerto Rico, the United States Customs Patent Appeals, the Court of Claims, any District Court of the United States, any Circuit Curt of Appeals and the Supreme Court of the United States. "Act" of August 23, 1937, A>D> Section 5; 50 Stat.53.

What congress desired to make clear in the clause "means any " court of the United States, is that the Norris-LaGuardia Act, is to apply not only to any existing Article III court which "has been" created, but also to any Article III court "may be " hereafter created. The clause thus interpreted gives the term "court of the United States," the wider significance referred to in Mookini vs.. United States, 303 U.S. 205. Long before the Norris-La-Guardia Act was created and enacted, the phrase "court of the United States: had been given a definite and restricted meaning by the Supreme Court, The phrase "without more" means solely courts created by Congress under Article III of the federal constitution and, not the Legislative territorial courts. SEE: McAllister vs.. United States, 141 U.S. 174, 183,11 S.Ct. 949.

The fine line, determining applicability of the Article III, Section 2, clause I, "arising under" clause is the party interest. So long as an agent o r agency of the United States is carrying out an Article I delegated power within the several sovereign States, courts of the United States have jurisdiction by the way of the "arising under" clause. However, if an agent or agency of the United States are operating under Congress' Article IV Legislative jurisdiction, exclusive of the geographical United States (Article I, Section 8, clause 17, and Section 7, of Title 18, of the United States Code.) Or the United States Government, which is a foreign corporation [28 U.S.C.

Section 3002 (15) (A)] with respect to the several sovereign States of the Union, the "Arising under" clause does not apply as the Act is perpetrated under "color of Law." In other words, the Act of Congress, which is locally applicable to and in force [only] in the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, and the U. S. Virgin Islands (FRCP< Rule 54 (c)), and does not legitimately reach the several sovereign States or the Nation at Large.

The distinction between "arising under" as used under Article III and as used in Admiralty jurisdiction, particularly when admiralty authority is under congress' Article IV power, the jurisdiction of which is set out under Section 7, of the Title 18, of the United States Code, representing the "United States" interests which lie outside congress' role as the Article 1 Legislative body for national government, it being territorial in nature, and therefore must comply with the Law of Legislative jurisdiction. SEE: Caha vs.. United States, 152 U.S. 211, 215; Adams vs.. United States, 319 U.S. 312 (1943); People vs.. Godfrey, 17 Johns 225, (N.Y. 1818), at page 233.

In regards to the courts :Subject Matter" authority, it is found that under admiralty equity jurisdiction, that the alleged offense committed by an accused party, must be connected to an admiralty maritime contract in some form or another, and that such contract be set before the court, to

14

demonstrate that the accused party is in-fact a party to the contract, and is alleged to have breached the contract in some manner or form, otherwise the court would be without subject matter jurisdiction, and thereby unable to entertain the cause. It is further found that only Article III constitutional, or more commonly known "district courts of the United States," are the true judicial power courts, having the constitutional authority to invoke criminal jurisdiction. The greater number of congressional Statutes at Large, consistently direct the subject matter of the act to be set before Article III courts, and never a United States district court. The reason for this is that Article I Legislative territorial courts posses no Article III judicial power. Thus the question of Law arises as to the authority of a United States district court to entertain an alleged criminal matter, not connected to admiralty or equity, nor committed within the geographical parameters set out under Section 7 of Title 18, of the United Stated Code.

Knowledge of the character of the court is significant in terms of the proper application of Section 3231, of Title 18, of the United States Code, where the federal statutory provision applies to Article III, "district courts of the United States, rather then United States district courts. This is found in the plain unambiguous language of the statute itself, as well as review of the historical section set out beneath the statutory provision,

15

wherein it is revealed that the section actually applies to Bank and Banking offenses. The statute Section 3231, Title 18, contains a dual nature, which extends the application of the statutory provision to the sovereign State courts as well as Article III federal courts.

Thus, if an accused party were not under the authority and jurisdiction of an Article I·court, the statutory provision could not be invoked as a means of attempting to import an unknown form of statutory jurisdiction. By consulting the Parallel Tables of Authorities and Rules ·(1997 ed.) At page 733, it is found that Section 3231 is not listed, whereby supporting that the statute has no published authority in the Federal Register (44 U.S.C. Section 1505 (a) (1)), or published implementing regulations in the Code of Federal Regulations (1 C.F.R. 1, and 8.5), absent published authority and implementing regulations, the statute is restricted to application over federal agencies, officers, agents and employees of the federal government, only. SEE: United States vs. Mersky 361 U,S. 431, 438 (1960), and United States vs. Weldon 377 U.S. 95 (1964).

The character of the court is further significant where specific sections of Congressional acts (Statutes at Large) mandate that alleged violations of the act and/or its enumerated subsections, be brought before an · Article III court, Section 402,(2)(c)(1), of 84 State. 1262 The

Congressional Controlled Substances Act. While "unenacted," into positive law (1 U.S.C. Section 204) the subsection, supra, supports the requirement of being entertained before the proper court.

It is likewise found under Section 1333, of Title 28, of the United States Code, which provides for Admiralty Maritime and Prize Cases. The statute calls for the jurisdiction of an Article III, Section 2, clause 1, "district court of the United States," to entertain civil actions, arising out of Admiralty Maritime Contracts or a breach there from. Section 1333, of Title 28, is likewise a statutory provision which is restricted to application over federal agencies, officers, agents and employees of the federal government, due to its failure to possess published authorities or implementing regulations. SEE: 26 C.F.R. 601-702 (ii).

Whereby, judicial power is the power of a court to decide and pronounce a judgment and carry it into effect between persons and parties who bring the cause before the court. It is the right to determine actual controversies arising between diverse litigants, within duly instituted courts of proper jurisdiction. Muskrat vs. United States, 219 U.S. 346, 361 (1911). Although, the terms "judicial powers" and "jurisdiction" are frequently used interchangeably, jurisdiction is defined as the power to hear and determine the subject matter in controversy between parties in or at suit. United States

vs.. Arrendondo, 6 Pet.(31U.S.) 691 (1832), or as the "power to entertain the

suit, consider the merits, and render a binding decision thereon"

    The court is therefore compelled to reveal and disclose its character,

the article of the federal constitution under which it is empowered to operate,

and its jurisdiction, or the congressional act, which created the court, and its

powers, and its jurisdiction. The court is further compelled to disclose its

authority to entertain non-admiralty causes, and its power which enables it to

apply federal or state non-positive Law, private Law or Copyright Law over

a private citizen, domiciled within the geographical boundaries of a

sovereign States of the Union. That all courts and Laws at issues, supra, that

such statutory provisions are in-fact unpublished, non-positive law.

    In the Nature of FRCP, Rule 52 movant compels the courts to bring

forth Findings of Fact and Conclusions of Law, Francis vs.. Goodman, 81

F.3d 5,8, (ist Cir.1996), concerning all matters raised heretofore, and herein.

# Non Appearance – Third Party Detainee

"I am the third party detainee.  To say other does "violence to the meaning of my name"

and" prejudices me of substantial rights."

Black's 5th    "third party" is

"One Not a party to an agreement or transaction, but may have rights therein"

The case of <u>Nagle v Lee</u> (1987, Ca 5 La) 807 F2d 435, 6 FR Serv 3d 1154 on remand

(ED La) 686 F Supp 148

Reports: "mere naming of person through use of Fictitious name does not make that

person party," [absent voluntary appearance "or" proper service of process, and only

party is bound by or entitled to benefits of rules of res judicata."

"Where necessary in interpreting an instrument, "or" may be construed to mean "and".

<u>Atchison v City of Englewood, Colorado,</u> 568 P2d 13, 18.]

This is a continuation attached to my original motion to dismiss.

This is not an argument.

As the 3rd Party Detainee, I am reserving all rights to a challenge to the jurisdiction and

not waiving that right.

My interactions with you, and any conversations I may have had with any magistrate or other person, were made under duress and threat by means of fraud and extortion.

I have not been arrested, and I have never consented to arrest. I have been detained against my will, which I have objected to and continue to do so, and I do not waive my right to object.

I have not entered any plea, I do not enter any plea. I have not given anyone a "Notice of Retainer" or authorization to enter any plea. I have no standing to enter any plea.

I object to the proceedings for the following reasons;

I challenge the personam jurisdiction because I have not been arrested or served.

Flowers v King 145 NC 234, 58 SE 1074.

Reports "A court does not acquire jurisdiction where the notice is served on the wrong person, even though such person has the same name as the defendant."

Let's keep in mind

Max Daetwyler Corp. v R. Meyer (1985, CA3 Pa) 762 F2d 290, 226 USPQ 305.

In absence of governing federal statute providing for nationwide service of process, in

personam jurisdiction in case arising under federal law may not rest upon alien's aggregated national contacts."

I have never knowingly, willingly, or intentionally intended to make any appearance. See: <u>Smith v Gadd</u> (KY) 280 SW 2d 495, which says one can only appear if one <u>intends</u> to.

Also, I clearly state I do not recognize that I have ever made an appearance. See: <u>Dloughy v Dloughy</u> 55 Wash 2d 718, 349 P2d 1073, which ruled that one can only appear if they <u>recognize</u> that they are submitting to the jurisdiction of the court, and I have not, and do not submit my person to the court's jurisdiction.

And then there is the case of <u>in re Blalock,</u> 233 NC 493, 64 SE 2d 848, 25 ALR 2d 818 which ruled the test of appearance is the relief asked for beyond a jurisdictional challenge. I have only asked for dismissal on jurisdictional grounds, and nothing else.

Also, I am challenging the court's jurisdiction in rem because the plaintiff, who is by law required to arrest, seize, or attach the rem and bring it before the court and within the court's territorial jurisdiction, has <u>not</u> done so.

The court will have to agree that the plaintiff is <u>required</u> to bring the rem within the territorial jurisdiction of the court.
See: <u>Cactus Pipe & Supply Co. v Mountmartre</u> 756 Fed 2d 1103 (1985)

I object to the proceedings in this court because the plaintiff has not brought the rem within the territorial jurisdiction of the court and made it evident to all.

I object to the proceedings because I have not been served, and I object to the personam jurisdiction due to lack of service, and I do not waive my right to challenge service and personam jurisdiction. See:

Rauch v Day & Night Mfg. Corp. (Ca 6 Mich) 576 F2d 697. 25 FR Serv 2d 588.
"Objections to service may be waived by a failure to timely assert them."

Pennoyer v. Neff at 95 US 714 states:
". . .the jurisdiction of the court to inquire into and determine his obligations at all is only incidental to its jurisdiction over the property."

And further, in accordance with Pennoyer,

"The proceeding can take place where the property is once brought under the control of the court by seizure or some equivalent act. But if the suit is brought to determine the personal rights and obligations, that is where it is merely in personam. And the service upon him is ineffectual for any purpose."

Lacking, of course, the rem being brought before and within the territorial jurisdiction of the court, and the rem being whatever it is that the action is really against."

Pennoyer v. Neff, was an 1866 case, and that case has been upheld as substantive, ruling, case law all the way up to Shaffer v Heitner 433 US 186, in 1997.

The court has no personam jurisdiction unless the rem has been seized, or arrested, or attached, and brought within the territorial jurisdiction of the court, which has not been done, in this instance.

Due to these circumstances, it is not possible for the 3rd party detainee to determine whether I wish to make an "understanding," which is an implied agreement with the plaintiff's claim.  [Claim lacks administrative procedure and full disclosure.]

See Barkow v Sanger 3 NW Rptr. 16, which says that the word 'understanding' is an implied agreement.

I cannot consent to "understand" and imply any agreement with the plaintiff's claim, lacking the knowledge and information of the subject matter of the rem.

And, as per Garrett v Moore-McCormick Co.  317 US 238.
It is not the duty of the one claiming he does not understand to prove that he doesn't understand, it is rather the duty of the one claiming he does understand to prove that he does understand.

23

I cannot create an "implied agreement" by coming to an "understanding" with the plaintiff, and their claim, under the present circumstances of the rem not being brought within the territorial jurisdiction of the court, which would be necessary in order to give me substantive knowledge and understanding (comprehension that is) of the essence of their claim, so that I might be able to make a responsive answer.

This court, not having the rem before it, is lacking the in rem jurisdiction to proceed in this instant matter, and not having my consent and understanding, the court is lacking the personam jurisdiction to proceed.

BOSWELL vs. OTIS, 9 How. 336 @ 348 also see THOMPSON VS. SMITH 154 SE 579, 583 "Courts enforcing mere statutes DO NOT act Judicially, but merely Ministerially; thus having No Judicial Immunity and unlike Courts of Law, do NOT obtain Jurisdiction by "SERVICE OF PROCESS", NOR EVEN ARREST AND COMPELLED APPEARANCE".

With all due respect, I cannot participate beyond reading this statement due to the necessity of preserving my rights, but I mean no disrespect of the civil authorities.

1.  I am not a Party to the Constitution of the United States.

2.  I have no rights, only Obligations to my fellow Man and Creator.

3. I have no allegiance to the British Crown or the Vatican.

4. The Law and Rules of Court that is being used to prosecute any claims are private copyrighted Law and Rules, and I cannot use said Law and Rules in a Defense for the fear of copyright violation.

I object to these proceedings continuing on beyond this point.

The 3rd party respectfully further sayeth naught.

## TERRITORIAL JURISDICTION

COMES NOW Jose Fonseca, accused and named as "Defendant" in the above captioned action, by special appearance and not by general appearance, and files this MOTION TO DISMISS FOR WANT OF TERRITORIAL JURISDICTION, and shows the Court as follows:

That Defendant, by and through this motion, challenges the territorial jurisdiction of the court Jurisdiction of the court can be challenged at any time. The federal courts have consistently held to the principle that **once jurisdiction is challenged the court has no authority to do anything but take action on that motion.** U.S. 709, once the question of jurisdiction is raised "it must be considered and decided As the Supreme Court held in The State of Rhode Island v The State of Massachusetts, 37 before the court can move one step further." [Italics added] "Jurisdiction cannot be assumed by a District Court nor conferred by agreement of parties, but it is incumbent upon plaintiff to allege in clear terms, the necessary facts showing jurisdiction which must be proved by convincing evidence." Harris v. American Legion, 162 F. Supp. 700. [See also McNutt v. General Motors Acceptance, 56 S. Ct. 780.]

3. Defendant has unequivocally denied the territorial and legislative jurisdiction of this court from the outset.

---

Defendant is NOT a United States Fourteenth Amendment citizen and does not live "within" the boundaries of the Federal United States as will be overwhelmingly demonstrated by the Brief in Support of this motion. Defendant DOES NOT grant jurisdiction to this court by moving this court to comply with the mandates "in law" thereby demanding that the court comply with the Constitutional Injunction placed on the Federal Government at Article 1 Sec. 8 cl. 17. It is known to Defendant that the equity courts have rules allegedly prohibiting the court from taking an action unless a "motion" is filed. Defendants' " motion" is NOT a pleading that in any way acknowledges ANY form of jurisdiction but is rather a DEMAND that the Court require Plaintiff to prove jurisdiction, and absent proof of jurisdiction, dismiss the case for want of jurisdiction...

4. Motion to Dismiss, "however inartfully plead, must be held to a less stringent standard than formal pleadings drafted by bar-admitted attorneys and can only be dismissed for failure to state a claim if it appears beyond a doubt that the defendant can prove no set of facts in support of his claims which would entitle him to relief. "Haines v. Kerner, 404 U.S., 519-521; Richardson v. Flemming, 651 F 2d at 368 (quoting Estelle v. Gamble, 429 U.S, 97, 97 S, Ct, 285, 50 L.Ed.2d. 251, (1976); Conley v. Gibson, 355 U.S. 41, 78 S. Ct. 99, 2 L.Ed.2d 80 (1957); Alexander v Ware, 714 F2d 416 (1983); Haves v Western Weighing and Inspection Bureau, 838 F.2d. 1434 (5th Cir. 1983). Defendants' motions must not be read "too narrowly", but must instead be read "liberally" so that any inferences may be drawn therefrom. Bruce v. Wade, 537 F.2d. 850 (5th Cir. 1976). Defendant respectfully requests that the Court view his motion to dismiss, in the most favorable light.

5. Defendant respectfully notices this District court that it has no authority over Defendant or over the places "where" the purported activities allegedly occurred. In United States v. Watson, 80 F. Supp. 649 (E.D.Va., 1948), federal criminal charges were dismissed, the court stating as follows:

"Without proof of the requisite ownership or possession of the United States, the crime has not been made out," 80 F.Supp., at 651.

In United States v. Beason, 495 F.2d 475 (5th Cir., 1974), in finding federal jurisdiction for a robbery committed at Fort Rucker, the court stated:

"It is axiomatic that the prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction therefore," 495 F.2d, at 481.

6. Defendants' business activities occur at his privately owned home and privately owned business establishment on Missouri. This court has jurisdictional authority on Missouri ONLY with regard to activities that occurred specifically "within" federal possessions located inside the territorial boundaries of Missouri.

7. That Article 1 Section 8 Clause 17 of the United States Constitution is a jurisdictional injunction against Federal encroachment, to wit:

"The Congress shall have Power…To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of Particular States, and the Acceptance of Congress, become the

Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings; - And To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof."

8. The 6th Circuit and the District courts within the 6th Circuit have dealt specifically with the question of territorial jurisdiction on numerous occasions. In United States v. Penn, 48 F. 669 (E.D.Va., 1880), lacking federal jurisdiction over Arlington National Cemetery, a federal larceny prosecution was dismissed. In United States v. Watson, 80 F. Supp. 649 (E.D.Va., 1948), federal criminal charges were dismissed, the court stating as follows:

"Without proof of the requisite ownership or possession of the United States, the crime has not been made out," 80 F.Supp., at 651.

In Kelly v. United States, 27 F. 616 (D.Me., 1885), federal jurisdiction of a manslaughter committed at Fort Popham was upheld when it was shown that the United states owned the property where the offense occurred and the state had ceded jurisdiction. In United States v. Andem, 158 F. 996 (D.N.J., 1908), federal jurisdiction for a forgery offense was upheld on a showing that the United States owned the property where the offense was committed and the state had ceded jurisdiction of the property to the United States. Some additional cases in which courts of the 4th circuit have consistently upheld the territorial jurisdictional mandate at 1.8.17 U.S. Const. are: Adams v. Londeree, 139 W. Va. 748, 83 S.E. 2d 127 (1954); Carnegie-Illinois Steel Corp. v. Alderson, 127 W.Va. 807, 34 S.E. 2d 737 (1945), cert. den., 326 U.S. 764; Laing, In re. 127 Fed. 213 (C.C.S.D.W. Va., 1903); Air Terminal Services, Inc. v. Rentzel, 81 F. supp. 611 (E.D. Va., 1949); Andrews v. Auditor, 69 Va. 115 (1877); Buttery v. Robbins, 177 Va. 368, 14 S.E. 2d 544 (1941); Bank of Phoebus v. Byrum, 110 Va. 708 67 S.E. 349 (1910); Carnegie-Illinois Steel Corp. v. Alderson, 127 W.Va. 807 34 S.E. 2d 737 (1945); County of Norfolk v. Portsmouth, 186 Va. 1032, 45 S.E. 2d 136 (1947); County of Prince William v. Thomason Park, 197 Va. 861, 91 S.E. 2d 441 (1956); Crook, Homer & Co. v.

Old Point Comfort Hotel Col, 54 Fed. 604 (C.C.E.C. Va., 1893); <u>Crowder v. Virginia,</u> 197 Va. 96. 87 S.E. 2d 745 (1955), app. dism., 350 U.S. 957; <u>Edelstein v. South Post Officers Club,</u> 118 F. Supp. 40 (E.D.Va., 1951); <u>Foley v. Shriver,</u> 81 Va.568; <u>Hall v. Commonwealth,</u> 129 Va. 738, 105 S.E. 551 (1921); <u>Hercules Powder Co. v. Ruben,</u> 188 Va. 694, 51 S.E. 2d 149 (1949); <u>Lima v. Lawler,</u> 63 F. Supp. 446 (E.D.Va., 1945); <u>McLaughlin v. Bank of Potomac,</u> 48 Va. 68 (1850); <u>Nash v. Air Terminal Services,</u> Inc. 85. F. Supp. 5545 (E.D.Va., 1949); <u>Nikis v. Commonwealth,</u> 144 Va. 618, 131 S.E. 236 (1926); <u>Norfolk & P.B.L.R. v. Parker,</u> 152 Va. 484, 147 S.E. 461 (1926); <u>Randolph v. Commonwealth,</u> 145 Va. 883, 134 S.E. 544 (193=26); <u>Sollitt & Sons Const. Comp. v. Commonwealth,</u> 161 Va. 854, 172 S.E. 290 (1934), app. dism., 292 U.S. 599; <u>Tatem, Ex parte,</u> 23 Fed Cas. 708, No. 13, 759 (E.D. Va., 1877); <u>United States v. Crary,</u> IF. Supp. 406 (W. D. Va., 1932); <u>United States v. McIntosh,</u> 57 F 2d 573, 2 F. Supp. 244 (E.D. Va., 1932); <u>United States v Penn.,</u> 48 Fed. 669 (C.C.E.C. Va., 1880); <u>United States v. Prince William County,</u> 9 F. Supp. 219 (E.D.Va., 1934), affd., 79 F.2d 1007 (C.A. 4, 1935), cert. den., 297 U.S. 714; <u>United States v. Watson,</u> 80 F. Supp. 649 (E.D. Va., 1948); <u>United States v. William R. Trigg Co.,</u> 115 Va. 272, 78 S.W. 542 (1912); <u>Victor Valley Housing Corp. v. County of San Bernardino,</u> 45 Ca.2d 580, 290 P.2d 565 (1955); <u>Virginia v. Stiff,</u> 144 F. Supp. 169 (W.D. Va., 1956); <u>Waltrip v. Commonwealth,</u> 189 Va. 365, 53 S.E.2d 14 (1949); <u>Western Union Tel. Co. v. Richmond,</u> 67 Va. 1 (1875); <u>Woodfin v. Phoebus,</u> 30 Fed. 289 (C.C.E.D. Va., 1887).

9. That in June 1957, the government of the United States published a work entitled <u>Jurisdiction Over Federal Areas Within The States: Report of the Interdepartmental Committee for the Study of Jurisdiction Over Federal Areas Within the States.</u> Part II of the Study, entitled <u>A Text of Law,</u> was completed by the 48 Attorneys General of the several states, to wit:

> "The Federal Government cannot, by unilateral action on its part, acquire legislative jurisdiction over any area within the exterior boundaries of a State. Article 1, section 8, clause 17 of the Constitution, provides that legislative jurisdiction may be transferred pursuant to its terms ONLY with the consent of the legislature of the State in which is located the area subject to the jurisdictional transfer. As was indicated in Chapter 11, the consent requirement of article 1,

section 8, clause 17, was intended by the framers of the Constitution to preserve the State's jurisdictional integrity against Federal encroachment." Id., at 46. [emphasis added].

"The Constitution gives express recognition to but one means of Federal acquisition of legislative jurisdiction – by State consent under Article 1, section 8, clause 17 … Justice McLean suggested that the constitution provided the sole mode for transfer of jurisdiction, and that if this mode is not pursued, no transfer of jurisdiction can take place," Id., at 41. [emphasis added].

It scarcely needs to be said that unless there has been a transfer of jurisdiction (1) pursuant to clause 17 by a Federal acquisition of land with State consent, or (2) by cession from the State to the Federal Government, or unless the Federal Government has reserved jurisdiction upon the admission of the State, the Federal Government possesses NO legislative jurisdiction over any area within a State, such jurisdiction being for exercise by the State," Id., at 45. [emphasis added]

10. That this Text of Law complied by the 48 Attorneys General of the several State republics in 1957, as cited hereinabove, referenced nearly seven hundred court cases, including over 100 United States Supreme Court cases, just like the one quoted in this summary. Thus, from an abundance of judicial opinion, buttressed by this definitive government treatise researched and complied pursuant to Presidential Order of Dwight Eisenhower, the "jurisdiction of the United States" is carefully circumscribed and defined as a ver precise portion of America, that portion being the District of Columbia and the federal enclaves purchased and possessed the Federal United States.

11. That the application of this principal is clearly stated in Caha v. United States, the U.S. Supreme Court finding as follows:

"The laws of Congress. . . do not extend into the territorial limits of the states, but have force ONLY in the district of Columbia, and other places that are WITHIN the EXCLUSIVE jurisdiction of the national government." 152 U.S. 211, 215, 12 S.Ct. 513 (1894) [emphasis added]

12. That in United States v. Bevans, 16 U.S. (3 Wheat.) 336 (1818), which

involved a federal prosecution for a murder committed on broad the Warship,
Independence, anchored in the harbor of Boston, Massachusetts, the defense complained
that only the state had jurisdiction to prosecute, and argued that the federal Circuit Courts
had no jurisdiction of this crime supposedly committed within the federal government's
admiralty jurisdiction.  In argument before the Supreme Court, <u>counsel</u> for the <u>United
States</u> <u>admitted</u> as follows:

> "The exclusive jurisdiction which the United States has in forts and dockyards
> ceded to the, is derived from the express assent of the states by whom the cessions
> area made.  It could be derived in no other manner; because without it, the
> authority of the state would be supreme and exclusive therein," 3 Wheat., at 350,
> 351.

That In holding that the State of Massachusetts had jurisdiction over the crime, the U.S.
Supreme Court held:

> "What, then, is the extent of jurisdiction which a state possesses?"
> "We answer, without hesitation, the jurisdiction of a state is co-extensive with its
> territory; co-extensive with its legislative power," 3 Wheat., at 386, 387
> "The article which describes the judicial power of the United States is not
> intended for the cession of territory or of general jurisdiction… Congress has
> power to exercise exclusive jurisdiction over this district, and over all places
> purchased by the consent of the legislature of the state in which the same shall be,
> for the erection of forts, magazines, arsenals, dock-yards, and other needful
> buildings."  "It is observable that the power of exclusive legislation (which is
> jurisdiction) is united with cession of territory, which is to be the free act of the
> states.  It is difficult to compare the two sections together, without feeling a
> conviction, not to be strengthened by any commentary on them, that, in describing
> the judicial power, the framers of our Constitution had not in view any cession of
> territory; or, which is essentially the same, of general jurisdiction," 3 Wheat., at
> 388.

13. That in <u>Commonwealth v. Young,</u> Brightly, N.P. 302 (Pa., 1818), the

Supreme Court of Pennsylvania was presented with the issue of whether lands owned by the United States for which Pennsylvania had never ceded jurisdiction had to be sold pursuant to state law. In deciding that the state law of Pennsylvania exclusively controlled this sale of federal land, the Court held:

> "The legislation and authority of congress is confined to cessions by particular states for the seat of government, and purchases made by consent of the legislature of the state, for the purpose of erecting forts. The legislative power and exclusive jurisdiction remained in the several states, of all territory within their limits, not ceded to, or purchased by, congress, with the assent of the state legislature, to prevent the collision of legislation and authority between the United States and the several states," Id., at 309.

14. That In New Orleans v. United States, 35 U.S. (120 Pet.) 662 (1836), the United States claimed title to property in New Orleans likewise claimed by the city. After holding that title to the subject lands was owned by the city, the U. S. Supreme Court addressed the question of federal jurisdiction and stated:

> "Special provision is made in the Constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is ONLY in these places, or in the territories of the United States, where it can exercise a general jurisdiction." 10 Pet., at 737. [emphasis added]

15. That in New York v. Miln, 36 U.S. (11 Pet.) 102 (1837), the question before the U.S. Supreme Court involved the attempt by the City of New York to assess penalties against the master of a ship for his failure to make a report as to the persons his ship brought to New York. As against the master's contention that the act was unconstitutional and that New York had jurisdiction in the matter, the U.S. Supreme Court held:

> "If we look at the place of its operation, we find it to be within the territory, and, therefore, within the jurisdiction of New York. If we look at the person on whom it operates, he is found within the same territory and jurisdiction," 36 U.S., at 133.

"A State has the same undeniable and unlimited jurisdiction over all persons and things within its territorial limits, as any foreign nation, where that jurisdiction is not surrendered or restrained by the Constitution of the United States. That, by virtue of this, it is not only the right, but the burden and solemn duty of a State, to advance the safety, happiness and prosperity of its people, and to provide for its general welfare, by any and every act of legislation which it may deem to be conducive to these ends; where the power over the particular subject, or the manner of its exercise is not surrendered or restrained, in the manner just stated. That all those powers which relate to merely municipal legislation, or what may, perhaps, more properly be called internal police, are not thus surrendered or restrained; and that, consequently, in relation to these, the authority of a State is complete, unqualified and exclusive," 36 U.S., at 139.

16. That in <u>Pollard v. Hagan,</u> 44 U.S. (3 How.) 212 (1845), the question of federal jurisdiction was once again before the Court. This case involved a contest of the title to real property, with one of the parties claiming a right to the disputed property via a United States patent; the lands in question were situated in Mobile, Alabama state, adjacent to Mobile Bay. In discussing the subject of federal jurisdiction, the U. S. Supreme Court held:

"We think a proper examination of this subject will show that the UNITED STATES NEVER HELD ANY MUNICIAL SOVEREIGNTY, JURISDICTION, or right of soil in and to the territory, of which Alabama or any of the new states were formed," 44 U.S., at 221.

"[B]ecause, the United States has no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted," 44 U.S., at 223.

"Alabama state is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," 44 U.S., at 228, 229.

17. That in <u>Fort Leavenworth R. Co. v. Lowe,</u> 114 U. S. 525 S.Ct. 995 (1885), the railroad company property that passed through the Fort Leavenworth federal enclave was being subjected to taxation by Kansas, and the company claimed an exemption from state

taxation. In holding that the railroad company's property could be taxed, the U.S. Supreme Court carefully explained federal jurisdiction within the states:

> The consent of the states to the purchase of lands within them for the special purposes named, is, however, essential, under the constitution, to the transfer to the general government, with the title, of political jurisdiction and dominion. Where lands are acquired without such consent, the possession of the United States, unless political jurisdiction be ceded to them in some other way, is simply that of an ordinary proprietor. The property in that case, unless used as a means to carry out the purposes of the government, is subject to the legislative authority and control of the states equally with the property of private individuals," 114 U.S., at 531.

18. That upon information and belief the locations where the purported activities occurred are situated upon parcels of privately owned land that are NOT, so called, Federal Enclaves, and are NOT "within" the territories of the Federal United States and are NOT possessions of the Federal United States.

19. That upon information and belief the said parcels of privately owned land are NOT subject to partial, exclusive, or to any other extent, Federal Territorial and Legislative Jurisdiction.

20. That in the absence of Federal Territorial and Legislative Jurisdiction over the location of the purportedly violative activity of the undersigned, as set forth above, the Federal Government has no authority to prohibit, restrict or prosecute Defendant for any activity occurring at his privately owned home and privately owned business establishment.

21. That in the absence of Federal Territorial and Legislative Jurisdiction over the location of the purportedly violative activity of the undersigned, as set forth above, the Court was and is in want of jurisdiction to adjudicate the matters alleged against Defendant in the above captioned action.

22. Defendant contends that the issue of territorial and legislative jurisdiction of

the Federal Government over the geographical area, in which the purportedly prohibited activities of Defendant is alleged to have occurred, must be unequivocally established before the Court can proceed.

23. Notwithstanding the mandate regarding territorial jurisdiction, and as demonstrative evidence of congressional knowledge and intent with regard to the applicability of "Acts of Congress" the clear language of the statutes at large reveal that the derivative of, 26 U.S.C. 7201, was never intended to be applicable to Defendant. The act of congress enacted May 28, 1938, from which 26 U.S.C. 7201 is derived clearly defines that the "Person" who can be prosecuted under that statute is the "officer and employee of a federal corporation whose duty it is as such officer and employee to file the returns and pay the taxes due and owing by the federal corporation."

---

"Unequivocal" defined – Clear; plain; capable of being understood in only one way, or as clearly demonstrated. Free from uncertainty, or without doubt; and when used in reference to burden of proof, it implies proof of the highest possible character and it imports proof of the nature mathematical certainty. Black's Law Dictionary Sixth Ed.

For reasons unknown to defendant the definition of person was omitted in the codification process in which the Internal Revenue Code of 1954 was derived from the Internal Revenue Code of 1939. [52 Stat. Part 1]. There is plethora of judicial decisions in which the United States Supreme Court has held that when the language of a statute is vague and ambiguous one must only look to the original act of congress to determine congressional intent. It is indisputable congress never intended for the citizens of the fifty several states to be prosecuted under 26 U.S.C. 7201.

24. Defendant is a Kansas Citizen. Defendant is not an officer or employee of a federal corporation and is not a "person" required by any federal law (applicable only to federal territories) to file a tax return.

25. That in support of this motion the undersigned files his BRIEF IN SUPPORT OF MOTION TO DISMISS FOR WANT OF TERRITORIAL JURISDICTION said Brief containing quotations and citations from hundreds of standing judicial decisions that are binding on this Court and to which Defendant solicits the attention of the Court.

## TITLE 18---CRIMES AND CRIMINAL PROCEDURE

**CHAPTER 19—CONSPIRACY**

Section 371.  Conspiracy to commit offense or to defraud United States

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

## CONCLUSION

Defendants' privately owned home and privately owned business establishment are not "within" any federal possession on Missouri. The court lacks territorial jurisdiction over the "place where" the purported activities occurred. The judgment entered against Defendant by the court MUST be VACATED due to the complete absence of territorial jurisdiction.

As the Supreme Court held in The State of Rhode Island v. The State of Massachusetts, 37 U.S. 709, once the question of jurisdiction is raised "it must be *considered* and *decided* before the court can move one step further." [Italics added] "Jurisdiction cannot be assumed by a District Court nor conferred by agreement of parties, but it is incumbent upon plaintiff to allege in clear terms, the necessary facts showing jurisdiction which must be proved by convincing evidence." Harris v. American Legion, 162 F. Supp. 700. [See also McNutt v. General Motors Acceptance, 56 S. Ct. 780.] Until such proof of jurisdiction is unequivocally established and/or Defendant has been afforded EVERY opportunity to appeal any unlawful finding of this court (in the face of such overwhelming evidence otherwise), any prosecution of Defendant would be a violation of due process and equal protection of law.

### Prayer

1. That the Constitution be adhered to if case proceeds.

2. That present Judge be held accountable before a professional review board.

3. That monetary damages be assessed and awarded by the U.S. Court of Federal Claims.

4. That the government cease and desist from harassment.

5. That the Senate and Congressional Committees review these actions of the judges And attorneys.

<u>I am not an expert in the law; however, I know right from wrong.</u>  If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways.  I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined.  If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to The agent.  Further sayeth affiant not.

Date:  October 16, 2007

By: _Jose Fonseca_
**Third Party (Detainee) name**
**Jose Fonseca**
**Stewart but not "individually"**
**"Not a "Corporate fiction person subject"**

38

Exhibit A

# AFFIDAVIT

This Declaration is made without prejudice:

I , Katiuska Pena , being of age 32, am of sound body and mind, have knowledge of the

Fact to be true and correct in substance and fact, as stated herein.  In May 28, 2003 at around

3:30 p.m. I was cleaning the porch when I noticed two guys running in the back yard with guns.

they ran in direction towards the barber shop.  I went quick and open the door that connects the

house with the barber shop when I saw," that my husband was outside and there was a person

that I know now that his name is Jose E Ubinas. FBI agent pointed a gun to my husband, I was

in shock not knowing what was going on, there were about seven Customers at the time in the

barber shop. they did not say anything to me, they were also in shock. I came inside the house

and waited.  They (FBI Agents) came inside the barbershop and searched the customers with no

rights at all, the customers all left the premises. After all that (FBI Agents) started screaming and

shouting, saying cursed words., banging  on the barber shop counter.  Now I understand the

reason the (FBI Agents) were upset they got the wrong person and It was to late. they needed to

arrest someone and that someone was my husband. However I  still  open the door and asked

what was going on. One of the agents told me that my husband was stealing money from the

bank. My daughter at the time was 6 years old, doing homework at the dinning room table which

connects with the barbershop, she heard everything. After a while the (FBI Agents) took my

husband away n handcuffs. I was very embarrassed. On May 30, 2003 I put my house down as a

collateral and my husband was released from jail. We hired an attorney whose name is Richard

Escobar. Four years have passed and in between those years my husband had his record

expunged which  was  granted by judge James S. Moody Jr. No one had objections to this . This

was Sept 19,2005. In April J6. 2007 at they 9:30 am they came again and arrested my husband.

27

One more time they interfered with commerce they violated our rights as human being. I have been at two hearings and I can see the conspiracy between the prosecutor, attorney, and the judge. At the second hearing I was present, Sep 26, 2007 at around 8:30 am, which they knew that my husband is one of the living Soul American Sovereing People. For our surprise Arthur N Eggens (attorney) was there also. There we knew that it was a setup and I'm saying this because Arthur N Eggens received a certified letter from 3rd party witnesses when my husband fired him. He answered us back saying that he was accepting that. Inside the court they as refering to the judge and the attorney intimidated my husband with the family as a scaring method. They tried to get my husband inside their jurisdiction, one of the things that the judge told my husband was that he(husband) was practicing law by the internet, that the last time he had a case same as my husband he sentence the people to 30 years. When my husband asked if the recorder was on, he answered that there was no one recording anything. To my point I think and I know they are violating the constitution and rights.

Further sayeth affiant not

Day _September 29th, 2007_

Katiuska Pena

Non-Domestic
c/o 4613 N. Lincoln Ave.
Tampa, Florida
Zip code exempt
DMM A010.1.2
Katiuska Pena

## ACKNOWLEDGMENT

Personally appeared,

Known to me by driver license identification to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

State of Florida                    )

                                    ) ss.        JURAT
County of Hillsborough              )

This instrument was acknowledged before me, a Notary Public in and for the State of Florida, on this the 27th day of Sept the month of _____ in the year of our Mighty One, YHWH, Two Thousand and seven.

Notary Public Name who executed the document _____ RAMIRO TOME _____

NOTARY PUBLIC
Address _2109 W. Henry Av. Tampa Fl. 33603_
WITNESS: my hand this 27th day of Sept, 2007, A.D and official seal.

SEAL ---- [

]

RAMIRO TOME
MY COMMISSION # DD493187
EXPIRES: Nov. 21, 2009
(407) 398-0153    Florida Notary Service.com

My Commission Expires: _____

# AFFIDAVIT

This Declaration is made without prejudice:

I Carlos Felipe: Polo, being of age, of 35 years old. I am of sound body and mind, have knowledge of The fact to be not misleading true, correct and in substance and fact, as stated herein Wednesday the twenty sixth of September *of* two thousand and seven in our mighty YWVH 8:30 am are I was present in the federal court house at 801 N. Florida Avenue #2 Tampa, Florida 33602. This mentioned court has placed the audience case: United States of America vs. Jose Fonseca-Cecilia. Before the entrance of Judge Lazzara the attorney (Mr. Eggers) asked José to come speak to him. Jose told him, "You received my letters through a third party witness. So you were notified that you did not have to be here because you have been fired. (Attorney) I received the letter but you sit here by my side. (Jose) No I am not going to sit beside you. The bailiff offered a chair for Jose at the table behind the attorneys table. Attorney: I will tell the judge what you said. I am your lawyer and I will tell the judge. You'll see. When the Judge arrived to the court room the secretary presented the case. The judge asked for the parties. he first asked for Harold Cabrera. (Who is another guy involved in the same case as Jose Fonseca) The Judge asked for Mr. Fonseca. Jose: Objection. Judge screamed sit down. Sit down or you will be held in contempt, and will go to jail. At that time *three* bailiffs stepped towards Jose and Jose sat back down. Former attorney Arthur Eggers: Your honor. Jose does not want to be seated by me, and as you see he does not know how to behave, and is impossible to communicate with him. I called him on many occasions and he did not answer his phone. I am his lawyer, and i did not have time to prepare the paperwork for this court meeting. He sent me letters in which I do not understand. They look like similar documents that he found on the internet. Judge: Mr.

Fonseca, why won't you sit near Mr. Eggers? Jose: I AM lhe agent of Mr. Fonseca. I sent Mr.

Eggers a letter through a third party Witness that he has been fired. Judge screams: You don't fire

anyone. I am the only one who fires people here. Now. Stop what you're doing or ill hold you in

contempt Mr. Fonseca. Jose: I am the agent of Mr. Fonseca. The attorney handed the documents

to the Bailiff to hand to the judge. Judge: What are these papers Mr. Fonseca? Jose: I am the

agent of Mr. Fonseca. .Judge screamed: Stop. Did you know that the last time someone came to

court with these? Papers they were sentenced to jail for 30 years. Judge asked the lawyer: Does

Mr. Fonseca have a wife, children, or his own business? His wife. Where is his wife? Mr. Eggers

pointed to the back of the courtroom and said, "she is here" The Judge asked, What is your

name?" I am the agent of Katiuska Pena. Judge: Your part of the same game too. He can go to

jail for 30 years. And can be separated from his wife and children. Jose: your honor do you want

to know who I am? Judge: I know who you are Mr. Fonseca. I know that you are angry because

your case was closed and you had an expungement of the record and now your case is re-opened

again. Jose: I am the secured party creditor for MR. FONSECA. I am the flesh, blood and soul,

living breathing, human being, living on Florida soil. A sovereign man. Your honor. I have a

question, is the tape recorder on? Judge: What did you say? Jose: Is the recorder on? Judge: what

recorder? There is not recorder on, why do you need the tape recorder Mr. Fonseca? Jose: I am

the agent of Mr. Fonseca. I am holding in my hand the first superior claim over my debtor.

Judge: Over whom? Jose: Over my debtor. And I want to know if you (judge) have any claims

against me. Judge: Yes the federal government, the grand jury, has claims against you Mr.

Fonseca. Jose: I am the agent of Mr. Fonseca. Attorney: your honor I feel in the embarrassed

situation, Mr. Fonseca don want to communicate with me look now what he is doing in front of

you , and the prosecutor' I feel bad what is going to happened with the  bar association, your

P T

honor. Judge: don't worry Mr. Arthur Eggers I protect you here and in bar too, I know you for a long time, "I remember", I know that you were a FBI agent. Judge: do you know Mrs. Prosecutor that Mr. Eggers was an FBI agent. Mrs prosecutor answer, no I didn't  judge: don't worry Mr. eggers I will protect you, and Mr. Fonseca  paid you the full fee . Attorney: yes your honor he paid me in full. Judge: Mr. Fonseca. Do you want to be represented by Mr?  eggers or you want to represent yourself.     Judge screams: When you talk to me you stand up! Stand up Mr. Fonseca. I will hold you in contempt and you will walk through that door to the jail Mr. Fonseca! At this time three bailiffs came near Jose and Jose stood up. Jose: I am the agent of Mr. Fonseca. Judge: I don't have time for this. I have another court case at 9:30am. I will see you Mr. Fonseca, next week, October the fourth. Then the judge stands up and left the courtroom.

Further sayeth affiant not

Date _September the 29th of 2007_

Carlos Felipe Polo

Non-Domestic
c/o 5918 N. Rome Ave.
Tampa, Florida
Zip code exempt
DMM A010.1.2
Carlos Felipe Polo

RT

## ACKNOWLEDGMENT

Personally appeared,

Known to me by driver license identification to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

State of Florida                    )

                                    ) ss.        JURAT
County of Hillsborough              )

This instrument was acknowledged before me, a Notary Public in and for the State of Florida, on this the 29th day of Sept the month of _____ in the year of our Mighty One, YHWH, Two Thousand and seven.

Notary Public Name who executed the document   RAMIRO TOME

NOTARY PUBLIC
Address 2109 W. Henry Av. Tampa Fl. 33603
WITNESS: my hand this 29th day of Sept , 2007, A.D and official seal.

SEAL ---- [

RAMIRO TOME
MY COMMISSION # DD493187
EXPIRES: Nov. 21, 2009
(407) 398-0153    Florida Notary Service.com

]

My Commission Expires: _____



# AFFIDAVIT

**This Declaration is made without prejudice:**

I Jose Giannys: Fonseca Cecilia, being of age, of 33 years old. I am of sound body and mind, have knowledge of  The fact to be not misleading true, correct and in substance and fact, as stated herein On May 28 the 2003 at 3:00 pm. I found myself working in my barbershop that is attached to my house . ( In the garage of my home ) When appeared  Gilberto Andres Pereira with another individual whose name I did not know at that moment .Gilberto Pereira knocked at the barbershop and I opened the door at that moment the individual that was with Gilberto took out his weapon and pointing it to my chest at the same time he was pushing me against the door and with an  attitude very aggressive  he said to me do not move amnestied  at that point and time I fell into a state of shock and I asked what was going on .The individual that was pointing his weapon at me had still not identified himself tells me to shut up and don't talk . Gilberto Pereira leaves the scene then I see two individuals jump the gate and run towards me and the say in a very gross tone " You are a piece of shit " I didn't understand and till today I don't understand why the action of those individuals against me . In the barbershop there where 7 or 8 clients which were searched without permission or probable cause . At that moment I found myself in handcuffs and in custody .By the agents that through all this had still not Identified themselves . All this happened  In front of my clients that found themselves with their arbitrary determination They took out all my clients from my barbershop , My wife opened the door that connects my house with the barbershop and asked me Jose what is happening and I responded " I don't know , This has to be a misunderstanding  I don't know whats happening . At that time my



daughter was also with my wife, she was 6 years old and doing her homework . One of the agents said, he is a thief, he is stealing money from the bank and orders my wife to leave, that she had nothing to ask . My wife left closing the door behind her. At that moment the agents start talking at the same time and I don't understand anything that are referring to they were asking me different questions all at the same time and they were banging the walls of my barbershop with their hands and feet also banging the barbershop countertop  I was feeling completely disoriented and very frightened at 5 or 6 pm they transferred me to the FBI office and the put ankle bracelets on me and held me to a bar that is anchored to the ground They fingerprinted me then they interrogated me asking me questions one after the other and I didn't understand a thing . Later they took me to the Orient Road Jail there I remained until May 30 and then they transferred me to the US Marshals  office . There I spent the whole day until I was taken in front of Judge Thomas B. McCoun III United States Magistrate There my wife signed a Appearance of Bond putting my house as collateral for the sum of $20,000.00 . That day I returned to my house at around 6 or 7 Pm after not having anything to eat in 24 hours .The next day I decide to hire a lawyer to represent me and I hired Richard Escobar Richard Escobar took responsibility of my case. 30 days later my lawyer received a motion by pat of the prosecutor closing the case and a year late I make a petition to the courts to expunge  my  record and the courts granted my petition . On April 16 2007 I find myself working in my barbershop giving a client a pedicure when a man comes in he is around 50 years old  and asks if Jose Fonseca is in , I answer and say can I help you , he says is that you jose ands I answered  yes ., He aks can you come outside and when I stepped outside he said you are under arrest and does not identify himself , I though it was a hold up , But then I see the same agent that arrested me before in 2003, his name is Jose E. Urbinas So I asked him whats going on and he says this is a re- arrest , I told him I had an

R T

expungement in my record granted by the court and by the Judge. He then tells me to shut up and obey. I told him I have a client in the salon doing a pedicure and I have not finished and he said he didn't care that I had to go with him .At the end I begged and told him I couldn't go without letting my wife know , That she Was in the house , I entered my house and agent Jose E Urbina also entered my house without any kind of authorization , when my wife saw him she got very nervous and started to shake , I said to her Katy am in shock this people are here again and they say I have to go with them , I don't understand , I could see my wife's grief in her face .They handcuffed me and they took me to the FBI office again charging me with the same charges that the judge had already granted the expungement for .I was even more confused now , They take me before a judge again and officially charge me . I was in the US Marshall's jail since 10am until late afternoon , Then the nightmare began all over again and I decided to secure another lawyer whose name is Bryant Camarreno . Bryant Camarreno as an attorney did not have good representation , everytime I would call him he did not pay adequate attention to me and often times did not even answer my calls at the end I received a call from Bryant telling me that he would probably have to drop the case , Because the prosecutor Jay Hoffer said that he had participated in Gilberto Pereiras case which was the individual who was at my house with Agent Urbinas in 2003 and that would produce a conflict of interest . But is absurd because my case has been expunged . But judge Richard Lazarra approved in a hearing that Bryant Bryant Camarreno retire from the case , leaving me without any type of representation , Then I decided to employ another attorney his name is Arthur Eggers ,with whom when I had my first interview , I explained my situation over all the process related to me , about my expungement and he said he could not talk about that in court that I was the only one that could mention that in court , I was told the same by Bryant Camarrero , that was something I could not understand . How can a



lawyer that was representing me could not present the prove that showed my expungement , But when we had a hearing to suppress the arrest I had the opportunity of asking the prosecutor Jay Hoffer because,if he had the intention to continue with the charges in the future, why when the judge asked if he had any objection . when the judge asked in 2004 for prove That's when the judge turned to the prosecutor Jay Hoffer electronically asking him , He could not answer that question. Immediately Judge Lazarra said , I Don't understand anything that is going on here , This man says there is an expungement of this case , Immediately the judge says  I cant find him in the system . I don't know what Mr Fonseca  is doing here referring to me  But although knowing, I had an expungement granted he still denied the petition , When the hearing was over we went outside of the court room and I said to Arturo Eggers , Did you hear the judge , he said I was here voluntarily. Then I started to understand what wasbeing done with me was a violation of my rights at all times . After that hearing my investigation started and decided to send the judge and all that were implicated in one way or another in my case legal documents .asking for answers and in those documents I decided to fire my attorney Arthur Eggers through a third party witness. On September 26 we had a new hearing where the co-defendant Harold Cabrera pled guilty. When I appeared in court I ran into the attorney Arthur Eggers in the court room and I asked him what are you doing here ? , He said I came to represent you and I responded, I sent you a letter through a third party witness that releases you as my attorney, So you don't have to be here and  also I have a letter where you responded accepting that release . Besides I received a motion where you were asking to be released as my attorney and dropping this case and the judge told you I had to be there and I have that prove in my possession .When we entered the court room  Arturo Eggers told me I had to sit with him and I refused at which point he said to me that I had to obey him . Then a bailiff approached me and gave me a chair which I used to sit



behind Arturo Eggers Arturo starts talking to the judge referring to me , I said I object and judge lazarra said to me , if you make one more objection am going to put you in jail . And all this is happening because  I am sovereign, a living, breathing,  live flesh and blood human being created by GOD . All that are involved in my process like judge Lazarra , Arthur Eggers and the prosecutor  Jay Hoffer and agent Urbina know that my whole family is sovereign Also Arturo says to the judge that I am practicing law without a license on the internet and the judge also says the same that the last time he received a document like mines he had sentenced that person to 30 years in prison , Utilizing persuasive methods and putting my family and my children as weapons against me intimidating me . I asked if the recorder was on and he answered there is no recorder on .What judge Lazarra and attorney Arturo Eggers are doing is violating my rights in all Aspects and do not want to recognize my sovereign status  ( The Real Living Soul created by GOD).


Further sayeth affiant not



Day _SEPT 29th , 2007_

Jose Giannys: Fonseca Cecilia


Non-Domestic
c/o 4613 N. Lincoln  Ave.
Tampa,  Florida
Zip code exempt
DMM A010.1.2
Jose Giannys: Fonseca Cecilia



# ACKNOWLEDGMENT

Personally appeared,

Known to me by driver license identification to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

State of Florida            )
                            ) ss.        JURAT
County of Hillsborough      )

This instrument was acknowledged before me, a Notary Public in and for the State of Florida, on this the day of 29ᵗʰ the month of Sep 1 in the year of our Mighty One, YHWH, Two Thousand and seven.

Notary Public Name who executed the document   RAMIRO TOME
                                                          NOTARY PUBLIC
Address 2109 W. Henry Are Tampa FL 3460 WITNESS: my hand this 29ᵗʰ day of Sept, 2007, A.D and official seal.

SEAL ---- [ 

RAMIRO TOME
MY COMMISSION # DD493187
EXPIRES: Nov. 21, 2009
(407) 398-0153   Florida Notary Service.com

]

My Commission Expires: _____

# AFFIDAVIT

This Declaration is made without prejudice:

I Julio Lazaro Polo, being of age, of 40 years old. I am of sound body and mind, have knowledge of The fact to be not misleading true, correct and in substance and fact, as stated herein Official witness or the events that happened the day of September 26, 2007 at the Federal Court of Tampa Fl. At 8:30am were there was a hearing in reference to The United States of America vs. Jose Fonseca-Cecilia. The codefendant Harrol Cabreira declares guilty. When the case is called the first violation committed was the presence of the attorney Arthur Eggers who was fired by a letter written by Jose Fonseca in which I signed as a witness. When the case was addressed, Arthur having knowledge of the fact that be was fired, showed up to court anyways. Implying and forcing Jose under threat that he had to obey or the consequences would be severe. When the Judge Richard A. Lazzara mentioned the name of Jose, At the same time of hearing his name makes and objection to the judge. The Judge aggressively directed himself to Jose with a lost temper and (old him to sit down and be quiet. You don't have any say in this court. At that moment 3 bailiffs appeared and the judge directed himself at Jose and said if you don't sit down I will place you in contempt and send you to jail. Jose remains standing and the Arthur Eggers says in a passive tone that Jose does not want to obey and asking the judge to order Jose to recognize him as his attorney. The Judge directed to Jose why you fired the attorney. Jose responded with "He has been fired." At this point the judge starts a number of violations in which 1 will now describe. Threatening to put Jose in jail for 30 years, Conspiracy between the attorney (Arthur Eggers) and the judge to maintain him in the case. The judge questioned the way Jose proceeds in the case. Accusing that he was Practicing the law without a license through the internet. The judge in a loud tone of voice states that he is the only who is aloud to dismiss

**Page 1 of 4**

ZT

Jose's Attorney. In all occasions approximately 10 to 15 in which the judge is informed of the status of Jose in court. The judge completely ignores all of Jose's rights. Violating the laws and Codes of the Jurisdiction. He Stated loud and clear that Jose was under special appearance without refusing any of his rights with limited jurisdiction and absolving all the benefits. The judge Lazarra, every time he directs himself to Jose saying his name Jose Fonseca responds I am the agent of Jose Fonseca the one with the capital letters the fiction created by the law without substance, He is ignored by the judge. to which the judge in bad faith and looking for the error, repeats the question, where is Jose Fonseca? The answer was the same. I am the agent of Jose Fonseca. the judge again violates his rights of sovereignty of Jose ignoring the existence of U.C.C.-1 in place in Florida in the name of the straw man Jose Fonseca The judge make the threatening comment What are these papers that you have filed in the court? asked the judge and comments. the last lime that saw these kind of papers in court the person was sentenced to 30 years in jail. The papers the judge is referring are the truthful answer to the contract between Jose and the court to what it was given notice of the answer of 10 days through a third party witness. These questions directed to the judge the prosecutor the secret service and the FBI where evidence has to be presented under penalty of perjury , The judge violates the rights of Jose when he says in threat, That's why you can go to jail for 30 years. The judge asks do you have a family? 'yes" responds Arthur Eggers interfering. She is here. the judge asks directly to the spouse of Jose. What is your name? she responds I am the agent of Katiuska Pena the name of the capital letters. The judge asks sarcastically you are in this also? the judge again violates the sovereign rights this time he threatens the Fonseca family assuring them he can separate them for ever from their children and destroy the Fonseca family alleging he can confine him for 30 years The judge Lazarra without prove, without witnesses without a case tries to condemn Jose twice

$RT$

for the same crime where the first time the case was dismissed due to lack of" evidence and it was expunged. The judge constantly violates the human rights, the constitutional rights and the sovereign rights of the Fonseca Family Jose Asks the judges permission to speak and says judge I want to say who I am in this court and the judge allows him , and Jose says I am the agent of Jose Fonseca the legal fiction created by the state, a human of flesh and blood and the judge interrupts Jose and said I know who you are. Jose said Judge somebody in this court has a claim higher than mine, the judge with a distorted tone said yes Jose Fonseca the Grand jury has a claim against you Mr. Fonseca. and Jose Answered I am the agent of Jose Fonseca, the judge interrupts mad and with aggressiveness says, If you continue saying that you are the agent of Jose Fonseca Twill put you in jail' Attorney: your honor I feel in the embarrassed situation, Mr. Fonseca don want to communicate with me look now what he is doing in front of you , and the prosecutor' I feel bad what is going to happened with the  bar association, your honor. Judge: don't worry Mr. Arthur Eggers I protect you here and in bar too, I know you for a long time, "I remember", I know that you were a FBI agent. Judge: do you know Mrs.  Prosecutor that Mr. Eggers was an FBI agent. Mrs prosecutor answer, no I didn't  judge: don't worry Mr.  eggers I will protect you, and Mr. Fonseca  paid you the full fee . Attorney: yes your honor he paid me in full. The judge ask José, who is going to represent you? to that Jose Answered I am the agent of Jose Fonseca. The judge annoyed says I  don't have time for this , I have a hearing at 9:30 am and I will see you the 4th of October . The session was over. Further sayeth affiant not

$\mathcal{RT}$

Date *September 29th 2007*

Julio Lazaro Polo

c/o 3240 Las Vegas Blvd Ave.
Las Vegas, Nevada
Zip code exempt
DMM A010.1.2
Julio Lazaro Polo

## ACKNOWLEDGMENT

Personally appeared,

Known to me by driver license identification to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

State of Florida                    )

                                    ) ss.          JURAT
County of Hillsborough              )

This instrument was acknowledged before me, a Notary Public in and for the State of Florida, on this the *29th* day of *Sept* the month of _____ in the year of our Mighty One, YHWH, Two Thousand and seven.

Notary Public Name who executed the document _*RAMIRO TOME*_

NOTARY PUBLIC
Address *2109 W Henry Ave Tampa FL 33603*
WITNESS: my hand this *29th* day of *Sept*, 2007, A.D and official seal.

SEAL ---- [

RAMIRO TOME
MY COMMISSION # DD493187
EXPIRES: Nov. 21, 2009
(407) 398-0153   Florida Notary Service.com

]

My Commission Expires: _____