AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jose Fonseca
4613 N. Lincoln St.
Tampa Fl 33614

V.

Richard A Lazzra
801 North Florida Av.2
Tampa, Fl 33602
ETAL

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S  PROSE  (name and address)

Jose Fonseca
4613 N Lincoln St
Tampa Fl. 33602

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              OCT - 4 2007
CLERK                                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/18/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Copy sent US Mail certified mail 7007 0220 0003 8860 7369

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07     *Morris L Tate*
             Date          Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Nancy Mayer Whittington, Clerk

OCT 22 2007

Received Mail Room

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jose Fonseca
4613 N. Lincoln St.
Tampa Fl 33614

V.

Richard A Laezra
801 North Florida Av.2
Tampa, Fl 33602
ETAL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Jay L. Hoffa
400 North Tampa St Suit 3200
Tampa, Fl. 33602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  PROSE  (name and address)

Jose Fonseca
4613 N Lincoln St
Tampa Fl. 33602

an answer to the complaint which is served on you with this summons, within ——60—— days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

OCT - 4 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 10/18/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Copy sent - US Mail
7007 0710 0003 0953 35___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07   _Morris L Tate_
                Date         Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jose Fonseca
4613 N. Lincoln St.
Tampa Fl 33614

V.

Richard A Lazzra
801 North Florida Av.2
Tampa, Fl 33602
ET AL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

**U.S. ATTORNEY**
**501 3RD. ST. N.W.**
**WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Jose Fonseca
4613 N Lincoln St
Tampa Fl. 33602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT - 4 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/18/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copy Sent US Mail
7007 0710 0003 0953 3546

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07          *Morris L Tate*
              Date              Signature of Server

8092 Mary's FishCamp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received Mail Room OCT 22 2007 Nancy Mayer Whittington, Clerk US District Court, District of Columbia

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jose Fonseca
4613 N. Lincoln St.
Tampa Fl 33614
v.

Richard A Laezra
801 North Florida Av. 2
Tampa, Fl 33602
ETAL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Jose E ubinas
501 East Polk St,
Tampa, Fl. 33602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Jose Fonseca
4613 N Lincoln St
Tampa Fl. 33602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/18/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Copy sent US Mail, certified mail 7007 0710 0003 0953 3515

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07            *Morris L Tate*
             Date                Signature of Server

                                 8092 Mary's Fish Camp Rd
                                 Weeki Wachee Fl 34607
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received Mail Room OCT 22 2007 Nancy Mayer [Whittington] US District [Court]

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jose Fonseca
4613 N. Lincoln St.
Tampa Fl. 33614

V.

Richard A Lazzra
801 North Florida Av.2
Tampa, Fl. 33602
ET AL

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-01797
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Richard A. Lazzaro
801 North Florida Av. #2
Tampa Fl. 33602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Jose Fonseca
4613 N Lincoln St
Tampa Fl. 33602

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*          *Signature of Server*

                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FROM (Company):** Jose Fonseca
**Street Address:** 4613 N Lincoln ave
**City:** Tampa
**State, ZIP CODE:** FL 33614
**Phone:** (813) 353-3370

**TO (Company):** Richard A. Lazzara
**Attention:** Room 15b
**Street Address:** 801 North Florida Ave Ft 2
**City:** Tampa
**State, ZIP CODE:** Florida 33602
**Phone:** 813-301-5350

**Waybill Number:** 5376592840

**Payment Details (Credit Card) No.:** 4640 1920 3809 5836
**Type:** VISA
**Expires:** 07-10


Received
OCT 22 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia