# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSE FONSECA, et al.                          )
                                              )
        Plaintiff,                      )
                                              )
       v.                              )    Civil Action No. 07-1797 (EGS)
                                              )
RICHARD A. LAZZARA, et al.,                   )
                                              )
        Defendants.                     )
——————————————————————  )

## FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

Undersigned counsel moves, on behalf of federal defendants Lazzara, Hoffa and Urbinas, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time of sixty days in which to answer or otherwise respond to the amended complaint[1]. Plaintiffs Fonseca and Pena are pro se and attempts were made to contact them for consent of this motion.[2] Unfortunately, defendants were unable to reach the plaintiffs and ascertain their positions prior to filing this motion. The U.S. Attorney received a copy of the summons and complaint on October 30, 2007, but has no knowledge with regard to receipt of process by the individual defendants or by the Attorney General. Undersigned counsel does not know whether or not Mr. Fonseca is incarcerated.

Plaintiffs appear to be attempting to assert a Bivens claim against the federal defendants in their individual and official capacities under the Constitution. In the amended complaint,

---

[1] Undersigned counsel does not waive any defenses which may be available to the individual defendants pursuant to Rule 12(b), including improper venue, lack of personal and subject matter jurisdiction, failure to state a claim, and/or immunity. It is undersigned counsel's express intent to preserve all defenses.

[2] Staff at the U.S. Attorney's office attempted to locate a telephone number for Mr. Fonseca but was unsuccessful. Letters were mailed to plaintiffs at the address listed on the amended complaint.

plaintiffs appear to allege that Mr. Fonseca's constitutional rights were violated when he was "rearrested" and coerced by federal agents Hoffa and Urbinas during a court proceeding presided over by U.S. district court judge Richard A. Lazzara.

On behalf of the federal Defendants, undersigned counsel seeks additional time to respond to the amended complaint. Undersigned counsel must seek authority to represent the individually-named defendants and ascertain whether they have been served. Thereafter, if representation is undertaken by undersigned counsel, assistant United States attorney Abel must ascertain what defenses may be available to each of the individual defendants. At this time, defense counsel has not gathered all the information necessary to determine how to respond to the allegations in the amended complaint.

Accordingly, federal defendants move for an enlargement of time up to and including February 28, 2008, to answer or otherwise respond to the amended complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


  /s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


  /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney

Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2007, a copy of the foregoing Defendants' Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiffs, pro se at the following address:

JOSE FONSECA
4613 N. Lincoln Street
Tampa, FL 33614

KATIUSKA PENA
4613 N. Lincoln Street
Tampa, FL 33614

_____/s/_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE FONSECA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 07-1797 (EGS) |
| | ) |
| RICHARD A. LAZZARA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## <u>ORDER</u>

Upon consideration of Federal Defendants' Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendants shall have up to and including February 28, 2008, to answer or otherwise respond to the Amended Complaint.

Dated this _____ day of _____, 200___.

_____
EMMETT G. SULLIVAN
United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

Jose Fonseca
4613 N. Lincoln Street
Tampa, FL 33614

Katiuska Pena
4613 N. Lincoln Street
Tampa, FL 33614