UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE FONSECA, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1797 (EGS) |
| | ) |
| RICHARD A. LAZZARA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**

Undersigned counsel moves, on behalf of federal defendants Lazzara, Hoffa and Ubinas, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time of sixty days in which to answer or otherwise respond to the amended complaint[1]. Plaintiffs Fonseca and Pena are pro se and attempts were made to contact them for consent of this motion.[2] Unfortunately, defendants were unable to reach the plaintiffs and ascertain their positions prior to filing this motion. The U.S. Attorney received a copy of the summons and complaint by certified mail on October 30, 2007; however, the Attorney General has not been served. The docket does not show a return receipt for registered or certified mail as required by Rule 4(i)(1)(A), FRCP. Undersigned counsel has no information at this juncture to suggest that the individual defendants have been properly served. There is no return of service that shows proper personal service. Undersigned counsel

---

[1] Undersigned counsel does not waive any defenses which may be available to the individual defendants pursuant to Rule 12(b), including improper venue, lack of personal jurisdiction, failure to state a claim, and/or immunity. It is undersigned counsel's express intent to preserve all defenses.

[2] Staff at the U.S. Attorney's office attempted to locate a telephone number for Mr. Fonseca but was unsuccessful. Letters were mailed to plaintiffs at the address listed on the amended complaint.

does not know whether Mr. Fonseca is incarcerated.

Plaintiffs appear to be attempting to assert a <u>Bivens</u> claim against the federal defendants in their individual and official capacities under the Constitution.  In the amended complaint, plaintiffs appear to allege that Mr. Fonseca's constitutional rights were violated when he was "rearrested" and coerced by federal agents Hoffa and Ubinas during a court proceeding presided over by United States District Judge Richard A. Lazzara.

On behalf of the federal Defendants, undersigned counsel seeks additional time to respond to the amended complaint.  Undersigned counsel has sought, and recently received, authority to offer representation to the individually-named defendants.  Undersigned counsel must now ascertain in writing whether the individual defendants seek representation by the undersigned counsel.  Thereafter, assuming that representation is requested, Assistant United States Attorney Abel would then need to prepare a dispositive motion on behalf of each of the individual defendants.

Accordingly, federal defendants move for an enlargement of time up to and including April 29, 2008, to answer or otherwise respond to the amended complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar 434122
Assistant United States Attorney

      /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of February, 2008, a copy of the foregoing Defendants' Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiffs, pro se at the following address:

JOSE FONSECA
4613 N. Lincoln Street
Tampa, FL 33614

KATIUSKA PENA
4613 N. Lincoln Street
Tampa, FL 33614

      /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE FONSECA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1797 (EGS) |
| | ) |
| RICHARD A. LAZZARA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of Federal Defendants' Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendants shall have up to and including April 29, 2008, to answer or otherwise respond to the Amended Complaint.

Dated this _____ day of _____, 2008.


_____
EMMETT G. SULLIVAN
United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

Jose Fonseca
4613 N. Lincoln Street
Tampa, FL 33614

Katiuska Pena
4613 N. Lincoln Street
Tampa, FL 33614