UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE FONSECA, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1797 (EGS) |
| | ) |
| RICHARD A. LAZZARA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Undersigned counsel moves, on behalf of federal defendants Lazzara, Hoffa and Ubinas, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time of an additional twenty days in which to answer or otherwise respond to the amended complaint[1]. Plaintiffs assert a <u>Bivens</u> claim against the federal defendants in their individual and official capacities under the Constitution. In the amended complaint, plaintiffs allege that Mr. Fonseca's constitutional rights were violated when he was "rearrested" and coerced by federal agents Hoffa and Ubinas during a court proceeding presided over by United States District Judge Richard A. Lazzara.

Defense counsel seeks additional time in which to answer so that the parties can enter into a stipulation of dismissal to be filed with the Court. The plaintiffs consent to this request for additional time. They represent that they have signed a stipulation of dismissal and mailed it to undersigned counsel on May 12, 2008. Undersigned counsel has not yet received the signed stipulation but expects to receive it any day. Defendant will file the stipulation of dismissal with

---

[1] Undersigned counsel does not waive any defenses which may be available to the individual defendants pursuant to Rule 12(b), including improper venue, lack of personal jurisdiction, failure to state a claim, and/or immunity. It is undersigned counsel's express intent to preserve all defenses.

the court upon receipt.

Accordingly, federal defendants move for an enlargement of time up to and including June 9, 2008, to answer or otherwise respond to the amended complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


/s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of Mayl, 2008, a copy of the foregoing Defendants' Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiffs, pro se at the following address:

JOSE FONSECA
KATIUSKA PENA
4613 N. Lincoln Street
Tampa, FL 33614

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE FONSECA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-1797 (EGS) |
| | ) |
| RICHARD A. LAZZARA, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of Federal Defendants' Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED: that Federal Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED: that Federal Defendants shall have up to and including June 9, 2008, to answer or otherwise respond to the Amended Complaint.

Dated this _____ day of _____, 2008.


 

_____
EMMETT G. SULLIVAN
United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Jose Fonseca
4613 N. Lincoln Street
Tampa, FL 33614

Katiuska Pena
4613 N. Lincoln Street
Tampa, FL 33614