UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE FONSECA, et al.<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A. LAZZARA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1797 (EGS)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL

Plaintiffs Jose Fonseca and Katiuska Pena dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

_____
JOSE FONSECA

_____
KATIUSKA PENA